THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM PERRY, Appellant.

(Argued June 15, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered January 29, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Ezra P. Prentice* and *Frederick A. Ware* for appellant.

*Charles A. Perkins, District Attorney (Robert C. Taylor* of counsel) for respondent.

Judgment of conviction affirmed under section 542 of Code of Criminal Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.